UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM PILLER, individually and derivatively on behalf of THE FALLSBURG ESTATES LLC,<br><br>                            Plaintiff,<br><br>                 -against-<br><br>PRINCETON REALTY ASSOCIATES LLC, THE FALLSBURG ESTATES, LLC, MOSHE SCHWIMMER, MENDEL SCHWIMMER, FOCUS CAMERA, INC., NEW PINES ESTATES LLC, FALLSBERG PROPERTIES LLC, NCC CAPITAL LLC, ESTHER DEUTSCH, JACOB SCHWIMMER, SARA HOFFMAN, JACOB KOHN, ABRAHAM BERKOWITZ, and John and Jane Does 1-10,<br><br>                            Defendants. | Case No. 7:16-cv-8499<br><br>**NOTICE OF REMOVAL**<br><br>Supreme Court of the State of New York<br>County of Sullivan<br>Index No. 1726/2016 |

        Defendants Moshe Schwimmer ("Moshe") and The Fallsburg Estates, LLC ("Fallsburg Estates"), file this notice of removal pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, removing to the United States District Court for the Southern District of New York the above-captioned civil action brought by plaintiff Abraham Piller ("Abraham") in the Supreme Court of the State of New York, County of Sullivan, Index No. 1726/2016. In support of their notice and grounds for removal, Moshe and Fallsburg Estates respectfully state as follows:

### Introduction

        1.     Abraham named thirteen defendants in the civil action pending in the Supreme Court of the State of New York, County of Sullivan, captioned *Piller v. Princeton Realty Associates LLC et al.*, Index No. 1726/2016 (the "State Court Action").

        2.     The complaint filed in the State Court Action contains six causes of action seeking equitable and monetary relief, all involving 223.6 acres of vacant land located in South Fallsburg, New York (the "Property"). Specifically, Abraham is seeking to invalidate several

1

different instruments affecting the chain of title to the Property, to quiet title to the Property, and to obtain monetary damages on variety of different theories, including breach of contract, fraud, breach of fiduciary duty, and civil RICO.

### Subject Matter Jurisdiction

3. This Court has original and supplemental jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1367(a) because the complaint contains a federal claim alleging civil RICO under 18 U.S.C. §§ 1962 and 1964 and the non-federal claims are so related to the civil RICO claim that they form the same case or controversy. The federal and non-federal claims are all based on the same allegations that defendants unlawfully transferred and encumbered the Property by and among themselves in contravention of Abraham's alleged rights.

4. Accordingly, removal is proper under 28 U.S.C. § 1441(a) because this Court has original and supplemental jurisdiction over all of the claims alleged in the State Court Action.

### Removal is Timely and the Requirements of 28 U.S.C. § 1446 Are Satisfied

5. Abraham commenced the State Court Action on October 13, 2016, by filing a summons and complaint in the Supreme Court of the State of New York, County of Sullivan.

6. On October 14, 2016, the Honorable Stephan G. Schick, J.S.C., entered an order to show cause in the State Court Action, directing Abraham to serve defendants with the order to show cause and the supporting papers by overnight/express mail on or before October 17, 2016.

7. This notice of removal is timely within the thirty-day time frame set forth in 28 U.S.C. § 1446(b)(1) because this action is being removed fewer than thirty days after commencement of the State Court Action.

8. Upon information and belief, none of the defendants joined in the State Court Action has been properly served with process in accordance with New York law.

9.  In accordance with 28 U.S.C. § 1446(a), "all process, pleadings, and orders served upon" Moshe and Fallsburg Estates in the State Court Action are attached as Exhibits A to E.[1]

10. The requirement in 28 U.S.C § 1446(b)(2) that all defendants who have been properly joined and served must join in or consent to the removal of the action is satisfied. Copies of consent to removal forms signed by all defendants named in the State Court Action are attached as Exhibit F.

11. Venue is proper in this Court under 28 U.S.C. § 1441(a) because the State Court Action is pending in the Supreme Court of the State of New York, County of Sullivan.

12. In accordance with 28 U.S.C. § 1446(d), Moshe and Fallsburg Estates will promptly file a Notice of Filing of Notice of Removal in the Supreme Court of the State of New York, County of Sullivan, with a copy served on Abraham's counsel.

**WHEREFORE**, Moshe and Fallsburg Estates hereby give notice that the State Court Action, which is now pending in the Supreme Court of the State of New York, County of Sullivan, has been removed to this Court, and they respectfully request that the matter proceed in this Court as an action properly removed.

Dated: New York, New York
       November 1, 2016

By: _____
Paul H. Aloe
David N. Saponara
KUDMAN TRACHTEN ALOE LLP
Empire State Building
350 Fifth Avenue, 68th Floor
New York, New York 10118
Tel: (212) 868-1010

*Attorneys for Moshe Schwimmer
and The Fallsburg Estates, LLC*

---

[1] Exhibit A is the summons and verified complaint filed in the State Court Action. Exhibit B is Abraham's request for judicial intervention, proposed order to show cause, and supporting papers. Exhibit C is the order to show cause signed by Justice Schick. Exhibit D is defendant Moshe Schwimmer's opposition to the order to show cause. Exhibit E is defendant Fallsberg Properties LLC's opposition to the order to show cause.